UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STACY BAILEY                                JURY TRIAL DEMANDED

v.                                                    CASE NO.  3:12 cv

PREMIER RECOVERY GROUP INC.
QUINTON M. SMITH
JOE YOUNGER

COMPLAINT

1.      This  is  an action pursuant  to  the  Fair  Debt Collection  Practices  Act

("FDCPA"), 15 U.S.C.  §1692  et  seq.

2.      This  Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.      Plaintiff is a natural person who resides in Connecticut.

4.      The defendants collect consumer debts through the use of the telephone or mail.

5.      Defendant Smith is the President and CEO of  the corporate defendant and is

responsible for supervision and control of collectors and adopting the form letters and

tactics of  the corporate defendant.

6.      Defendant Younger is the agent for service, Vice President, and manager of the

corporate defendant is responsible for supervision and control of collectors and due

diligence as to entities for whom the corporate defendant will collect.

7.      Defendants have an office at 191 North St #8, Buffalo NY 14201 which was not

licensed as a consumer collection agency in compliance with chapter 669 Part XII of the

Connecticut General Statutes when communicating in connection with efforts to collect

plaintiff's personal disputed account.

8.      On May 16, 2012, defendants' collectors called plaintiff at her place of business or

cell phone three times in an effort to collect a purported payday loan with 300% interest.

9.      The collector refused to take the name and number of plaintiff's attorney, and told her she was being charged with defrauding a financial institution.

10.     Plaintiff's attorney called defendant and provided her name and telephone number.

11.     Two days later, on May 18, defendant's collectors called plaintiff again.

12.     Defendants have not provided the information required by 1692g.

13.     The collectors stated that the calls related to "Mack Development" an entity which plaintiff has not dealt with and does not owe anything to.

14.      In the collection efforts,  the defendants violated the FDCPA, § 1692c, d, e, or –g.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff  $1,000 statutory  damages under the FDCPA, together with actual damages and punitive damages of $10,000..

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner____
JOANNE S. FAULKNER ct04137
     123 Avon Street
     New Haven, CT 06511-2422
     (203) 772-0395
     faulknerlawoffice@snet.net