```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


STACY BAILEY                          :

     v.                               :    CASE NO. 3:12CV903 (AWT)

PREMIER RECOVERY GROUP, INC.,         :
QUINTON M. SMITH, and JOE YOUNGER
```

## DEFAULT JUDGMENT

The defendants having failed to appear, plead or otherwise defend in this action and a default under F.R.Civ.P. 55(a) having been entered on August 30, 2012, and

The plaintiff having filed on September 15, 2012 a motion for judgment upon default pursuant to the provisions of Rule 55(b) of the Federal Rules of Civil Procedure, the court having considered the full record of the case including applicable principles of law, and the court having granted the motion on October 11, 2012, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff Stacy Bailey, against defendants Premier Recovery Group, Inc., Quinton M. Smith, and Joe Younger, in the amount of $1,000.00 for statutory damages, $2,100 for attorney's fees, $241.35 for costs of service, and $350.00 for filing fee costs, for a total award to the plaintiff of $3,691.35, plus statutory interest from the date the judgment is entered.

-2-

Dated at Hartford, Connecticut, this 18th day of October, 2012.

                                ROBERTA D. TABORA, Clerk
                                United States District Court

                          By   /s/ SLS
                                Sandra Smith
                                Deputy Clerk

EOD   10/18/12